FILED

NOV 29 2017

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Mrs. Riley,                3:17cv 131

I'm writing in regards about my 28 U.S.C 2241 being transferred to your District Court. I wrote you a letter explaining to you that I wasn't in general population and that my Unit Team told me they were putting me in for a transfer to a different institution, and I don't know what institution I will be going to.

So with that being said. I would like to withdraw from filing my 28 U.S.C. 2241 in your District Court. But I haven't received a response and I'm trying to see what is going on.

I look forward in hearing from you pertaining to this matter, thank you.

Sincerely

LaMilton Briggs