### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA MARTINSBURG

**LAMILTON BRIGGS,**

    **Petitioner,**

v.   **CIVIL ACTION NO.: 3:17-CV-131 (GROH)**

**WARDEN, FCI Pekin,**

    **Respondent.**

### ORDER DISMISSING CASE WITHOUT PREJUDICE

On September 11, 2017, the *pro se* Petitioner, Lamilton Briggs, filed a petition for a writ of habeas corpus in the United States District Court for the Central District of Illinois. ECF No. 1. The Petitioner filed an Amended Petition on September 20, 2017, also in the Central District of Illinois. ECF No. 2. On October 25, 2017, the matter was transferred to the Northern District of West Virginia. ECF No. 7. On November 29, 2017, the Petitioner filed a letter with the Clerk's office wherein he stated that he "would like to withdraw from filing my 28 U.S.C. 2241," which the Clerk's office docketed as a "Motion to Withdraw." ECF No. 14. Upon review and consideration, the Court construes the motion as a motion to dismiss this action without prejudice.

Accordingly, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** and the Amended Petition [ECF No. 2] is **DENIED** as **MOOT**.

The Clerk is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: December 8, 2017

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE